# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2812
LT Case No. 2018-030061-FMCI

_____

AARON ROGERS,

    Appellant,

    v.

LORI WHITMER,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Lauren P. Blocker, Judge.

Aaron Rogers, Defuniak Springs, pro se.

No Appearance for Appellee.

April 30, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____